# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 146 EAL 2023

     Respondent

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.

RATTANAK M. SARIK,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :    No. 147 EAL 2023

     Respondent

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.

RATTANAK M. SARIK,

     Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.